DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LEPKE JONES** a/k/a **RODNEY BURCH,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-2532

[April 21, 2022]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jeffrey Gillen, Judge; L.T. Case Nos. 50-1989-CF-009936-AXXX-MB and 50-1989-CF-010442-AXXX-MB.

Rachel E. Reese of O'Brien Hatfield Reese, P.A., Tampa, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Anesha Worthy, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CIKLIN and LEVINE, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***